# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Holland, Kevin M                    §   Case No. 06 B 08569
                                             §
         Debtor                              §
                                             §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 07/19/2006.

   2)   The plan was confirmed on 10/23/2006.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/07/2010.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 04/04/2011, 12/21/2009 and 04/05/2010.

   5)   The case was completed on 09/06/2011.

   6)   Number of months from filing or conversion to last payment: 62.

   7)   Number of months case was pending: 70.

   8)   Total value of assets abandoned by court order: (NA).

   9)   Total value of assets exempted: $205.00.

   10)  Amount of unsecured claims discharged without full payment: $5,874.61.

   11)  All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $58,060.00 |
| Less amount refunded to debtor | $11.34 |
| **NET RECEIPTS:** | **$58,048.66** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,994.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $3,234.29 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,228.29** |

Attorney fees paid and disclosed by debtor          $370.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $86.38 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $350.00 | $3,051.07 | $3,051.07 | $3,051.07 | $0 |
| Bally Total Fitness | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $12,180.00 | $12,362.48 | $12,362.48 | $12,362.48 | $0 |
| Capital One | Unsecured | $777.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $777.00 | $777.63 | $777.63 | $777.63 | $0 |
| Capital Recovery Systems | Unsecured | NA | $92.24 | $92.24 | $92.24 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $440.00 | NA | NA | $0 | $0 |
| Collect America | Unsecured | $0 | NA | NA | $0 | $0 |
| Collect America | Unsecured | $0 | NA | NA | $0 | $0 |
| Debt Credit Service | Unsecured | $330.00 | NA | NA | $0 | $0 |
| Debt Credit Service | Unsecured | $0 | NA | NA | $0 | $0 |
| Ford Motor Credit Corporation | Unsecured | $7,760.61 | $8,450.40 | $8,450.40 | $8,450.40 | $0 |
| Gap | Unsecured | NA | $92.24 | $92.24 | $0 | $0 |
| Illinois Collection Service | Unsecured | $88.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $56.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $241.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | NA | $156.99 | $156.99 | $156.99 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $0 | NA | NA | $0 | $0 |
| Loyola University Phys Foundation | Unsecured | $155.00 | $300.32 | $300.32 | $300.32 | $0 |
| LVNV Funding | Unsecured | $0 | NA | NA | $0 | $0 |
| Penn Credit Corp | Unsecured | $65.73 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $3,446.63 | $3,446.63 | $3,446.63 | $0 |
| Resurgence Financial LLC | Unsecured | $17,971.88 | $19,317.76 | $19,317.76 | $19,317.76 | $0 |
| RoundUp Funding LLC | Unsecured | $475.00 | $479.35 | $479.35 | $479.35 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $2,113.79 | $2,113.79 | $2,113.79 | $0 |
| Select Financial Services Inc | Unsecured | $3,446.63 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | NA | $1,271.71 | $1,271.71 | $1,271.71 | $0 |
| Wexler & Wexler | Unsecured | $495.00 | NA | NA | $0 | $0 |
| World Financial Network National B: | Unsecured | $0 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $3,051.07 | $3,051.07 | $0 |
| **TOTAL PRIORITY:** | $3,051.07 | $3,051.07 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $48,861.54 | $48,769.30 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $6,228.29 |
| Disbursements to Creditors | $51,820.37 |
| **TOTAL DISBURSEMENTS:** | $58,048.66 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 8, 2012        By: /s/ MARILYN O. MARSHALL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)